UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2010 SEP 21  P 4: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                                                 CASE NO. 3:01-cr-38-J-20TEM

OTIS MCRAY
_____/

## ORDER

Following Defendant's Motion (Dkt. 161), this Court directed the United States Probation Office to file a supplemental presentence report. Based upon that report, the parties were directed to file responses indicating their agreement or disagreement with this report. After considering the supplemental presentence report and the parties' responses (Dkts. 164, 167), this Court determines Defendant is ineligible for a reduction in his previously imposed sentence for two reasons. First, Defendant was sentenced to a statutory mandatory minimum term of imprisonment. And, second, Defendant was sentenced as a career offender.

Accordingly, it is **ORDERED**:

1. Defendant's "Motion Under Title 18 U.S.C. Section 3582(c)(2) and U.S. Sentencing Guidelines, Amendment Nine which Became Effective on November 2007, See Amendment 706 and 711, and Caused a Two-Level Reduction in Base Offenxe Level for Cocaine Base" (Dkt. 161) is **DENIED**; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of September, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Maurice C. Grant, II, Esq.
Ronald T. Henry, Esq.
U.S. Probation Office