FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 OCT -6  P 1:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.  CASE NO. 3:01-cr-38-J-20TEM

OTIS MCRAY
_____/

## ORDER

This matter is before this Court on Defendant's Motion for Reconsideration (Dkt. 170) in which Defendant seeks a reconsideration of an order denying a motion to reduce sentence.

On September 21, 2010, this Court issued an Order denying Defendant's request to reduce his sentence. (Dkt. 168). Thereafter, Defendant filed a Notice of Appeal as to that Order. (Dkt. 169). This Court, therefore, is without jurisdiction to reconsider the Order.

Accordingly, it is **ORDERED**:

Defendant's Motion for Reconsideration (Dkt. 170) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ____ day of October, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Otis McRay, *pro se*
Maurice C. Grant, II, Esq.
Ronald T. Henry, Esq.